# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

140759

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

ROY OWEN YARYAN,
      Defendant-Appellee.

SC: 140759
COA: 286690
Oakland CC: 2007-215573-FH

_____/

On order of the Court, the application for leave to appeal the January 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J., would hold this case in abeyance pending *People v Smith*, Docket No. 140371, lv gtd 485 Mich 1133 (2010).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

_____
Clerk

p0616